# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TONY E. EMERY,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE & BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>        Defendants. | Civil Action No. 19-3519 (JMC) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' Second Motion for Summary Judgment, ECF 26, is **GRANTED** and the case is **DISMISSED**.

It is further **ORDERED** that Plaintiff's Motion to Assess Court Costs to respondents, ECF 23, is **DENIED**.

The Clerk of Court shall terminate this case.

This is a final appealable order.

**SO ORDERED**.

DATE: October 31, 2022

 

_____
Jia M. Cobb
U.S. District Court Judge